IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-20610-CIV-KING

AERO TECHNOLOGIES, LLC,
a Florida Corporation,

    Plaintiff,

v.

LOCKTON COMPANIES INTERNATIONAL
LIMITED, an International Corporation,
and
CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S OF LONDON,
SUBSCRIBING TO POLICY NUMBER AVNAG0700112
and
CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S OF LONDON,
SUBSCRIBING TO POLICY NUMBER AVNAG0700105
and
SEGUROS INBURSA, S.A., a Foreign Corporation
and
AERO CALIFORNIA, S.A. de C.V., a Foreign Corporation

    Defendants.
_____/

## AGREED ORDER GRANTING PLAINTIFF AERO TECHNOLOGIES, LLC's, UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT LOCKTON COMPANIES INTERNATIONAL LIMITED'S MOTION TO DISMISS

THIS MATTER is before the Court on Plaintiff Aero Technologies, LLC's, Unopposed Motion for Enlargement of Time to Respond to Defendant Lockton Companies International Limited's Motion to Dismiss Second Amended Complaint (DE 22). It appearing to the court that the entry of this order has been stipulated and agreed to by and between counsel for the respective parties, it is hereby,

ORDERED AND ADJUDGED as follows:

Case No.: 09-20610-CIV-KING
Page 2

1. Plaintiff, Aero Technologies, LLC's Motion for Enlargement of Time to Respond to Defendant, Lockton Companies International Limited's Motion to Dismiss Second Amended Complaint is GRANTED.

2. Plaintiff, Aero Technologies, LLC, shall file and serve a response to Defendant, Lockton Companies International Limited's Motion to Dismiss Second Amended Complaint on or before June 25, 2009.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, this 17th day of June, 2009.

JAMES L. KING
United States District Judge
Southern District of Florida

Copies furnished to all parties