UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 09-20610-CIV-KING

AERO TECHNOLOGIES,
LLC, a Florida Corporation,

    Plaintiff,

v.

LOCKTON COMPANIES INTERNATIONAL
LIMITED, an International Corporation and
CERTAIN INTERESTED UNDERWRITERS
AT LLOYD'S OF LONDON SUBSCRIBING
TO POLICY NUMBER AVNAG0700112 and
CERTAIN INTERESTED UNDERWRITERS
AT LLOYD'S OF LONDON SUBSCRIBING
TO POLICY NUMBER AVNAG0700105 and
SEGUROS INBURSA, S.A., a Foreign
Corporation and AERO CALIFORNIA, S.A.
de C.V., a Foreign Corporation

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the October 19, 2009 Report and Recommendation of Magistrate Judge Ted E. Bandstra (D.E. # 60) recommending that the Defendants' Motions to Dismiss based on improper venue and pursuant to the forum selection clauses be granted.

On September 22, 2009, Judge Bandstra held a hearing on the motions. Plaintiff filed its objections to the Report and Recommendation (D.E. # 61) on November 2, 2009.

Defendants filed their responses to Plaintiff's objections, which the Court has also considered (D.E. # 62-65).

The Court concludes that the Report and Recommendation contains thorough and well-reasoned recommendations. Judge Bandstra holds that the forum selection clauses in the binding insurance contracts are clear and unambiguous, mandating the exclusive jurisdiction of this action in Mexican courts. Plaintiff's objections to Judge Bandstra's Report and Recommendation are insufficient to undermine Judge Bandstra's conclusion. First, Plaintiff argues that the venue provisions in the subject insurance contracts are ambiguous, and second, that enforcement of the provisions would be fundamentally unfair resulting in the denial of Plaintiff's day in court.

As to Plaintiff's first argument, Plaintiff contends that the words "this insurance" merely refers to the topic to be governed in Mexico, but not the parties or disputes which might arise between the parties to "this insurance" contract. However, Plaintiff itself describes this case as a suit against "various defendants ... for damages suffered for non-payment of insurance policy benefits" following the Mexican government's confiscation of AERO CAL's aircraft and engines protected by these insurance policies. It appears the parties all agree that the foundation of this case are the insurance policies underwritten on the subject aircraft engines and Plaintiff's unsuccessful attempts to receive payments on claims under these policies. Since this policy concerns "this insurance" by virtue of the forum selection clauses it requires this case to be brought in Mexico, and to be governed by Mexican law.

Plaintiff's second argument is that the clauses should not be enforced, even if unambiguous, because the Courts of Mexico provide a venue and law that is so fundamentally unfair that it would be effectively denied its day in court if required to litigate there. In its objections Plaintiff does not provide sufficient factual support to its contention that a Mexican Court will be unable to handle this insurance litigation.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

**ORDERED** and **ADJUDGED** that Magistrate Judge Ted E. Bandstra's October 19, 2009 Report and Recommendation (**D.E. # 60**) be, and the same, is hereby **AFFIRMED and ADOPTED, and the case is DISMISSED.** Any pending motions are denied as MOOT. The Clerk of the Court shall **CLOSE** this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of September, 2009.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   Magistrate Judge Ted E. Bandstra

cc:   **Plaintiff's Counsel**

**Edward Randall Nicklaus**
Nicklaus & Hyatt
4651 Ponce De Leon Boulevard
Suite 200

Coral Gables, FL 33146

**Nicholas Frank Van Valen**
Nicklaus & Hyatt
4651 Ponce De Leon Boulevard
Suite 200
Coral Gables, FL 33146

**Dale Jay Spurr**
Nicklaus & Hyatt
4651 Ponce De Leon Boulevard
Suite 200
Coral Gables, FL 33146
Email: DaleS@nicklauslaw.com
*ATTORNEY TO BE NOTICED*

cc:     **Defendant's Counsel**

**Lyle Eric Shapiro**
Richman Greer, P.A.
201 S Biscayne Boulevard
Suite 1000
Miami, FL 33131

**Melissa Fernandez**
Richman Greer Weil Brumbaugh Mirabito & Christensen
201 S Biscayne Boulevard
Suite 1000
Miami, FL 33131

**Christopher S. Morin**
Murray Marin & Herman
101 E Kennedy Boulevard
Suite 1810 Bank of America Bldg
Tampa, FL 33602

**David B. Esau**
Carlton Fields PA
CityPlace Tower Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401

**Steven R. Selsberg**

Mayer Brown LLP
700 Louisiana Street
Suite 3400
Houston, TX 77002-2730

**Victor W. Zhao**
Mayer Brown LLP
700 Louisiana Street
Suite 3400
Houston, TX 77002-2730

**Michael George Shannon**
Murray Morin & Herman
255 Alhambra Circle
Suite 750
Coral Gables, FL 33134

**Beverly Dawn Eisenstadt**
Thornton Davis & Fein, PA
80 SW 8th Street
Suite 2900
Miami, FL 33130

**Joseph Thompson Thornton**
Thornton Davis & Fein
80 SW 8th Street
Suite 2900
Miami, FL 33130